UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MICHAEL DENNIS NAUGHTON and
BARBARA JEAN NAUGHTON  Bankruptcy Case No. 11-01277

    Debtors,  Adversary Proceeding No. 11-80237
_____/

KELLY M. HAGAN, Chapter 7 Trustee,

    Plaintiff,  Case No. 1:11-cv-939

v.  Hon. Janet T. Neff

MARIE W. SMITH, HENRY G. CARLSON,
SEAN WADE and CONNIE WHITE,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed September 6, 2011 by the United States Bankruptcy Judge in this action regarding Plaintiff-Trustee's Motion for Default Judgment against Defendants Marie W. Smith and Henry G. Carlson. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff-Trustee's Motion for Default Judgment is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff-Trustee is authorized to sell the real property, free and clear of all interests of the Defendants pursuant to 11 U.S.C. §§ 363(b) and (h), and is allowed to distribute the sale proceeds pursuant to 11 U.S.C. § 363(i).

Dated: September 27, 2011                  /s/Janet T. Neff
                                                                JANET T. NEFF
                                                                UNITED STATES DISTRICT JUDGE